UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-cr-40037-001-JPG |
| ) | |
| RODNEY A. MESSIC, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This case is before the Court on the Government's Motion for Clarification (Doc. 333). In its motion, the Government states that the Federal Bureau of Prisons had already transferred $2,314.10 to the Clerk of Court before the Court vacated its first order allowing Defendant's inmate account to be applied to his criminal debt (Doc 330). The funds are currently on hold with the Clerk of Court, but they cannot be disbursed without an appropriate court order.

As a clarification to the prior order on this subject (Doc. 332), the Court GRANTS (Doc. 333), and ORDERS the Clerk of Court to apply $1,400 from the held funds to Defendant Rodney A. Messic's criminal monetary penalties in this case, and disburse the remaining amount, $914.10, to June A. Messic, 283 Lansing Avenue, Paducah, KY 42003.

**IT IS SO ORDERED.**
**Dated: April 13, 2022**

/s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**