IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | |
|     v. | Case No. 4:07-cr-40037-JPG-1 |
| RODNEY A. MESSIC, | |
|     Defendant. | |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Rodney A. Messic's motion for a reduction of his criminal sentence pursuant to 18 U.S.C. § 3582(c)(2) and United States Sentencing Guidelines Manual ("U.S.S.G.") § 1B1.10, making Amendment 821 retroactive (Doc. 339). The Government agrees with the motion (Doc. 341).

The parties agree that the defendant is eligible for a reduction under Part A of Amendment 821, which amended U.S.S.G. § 4A1.1(e) (2023) and concerns criminal history points awarded because a defendant was under a criminal sentence when he committed his offense of conviction ("status points"). Under Amendment 821, the defendant's 2 status points are reduced to 0 status points, and his criminal history category is reduced from IV to III. The result is that his guideline sentencing is lowered. Considering this lowered range, the parties agree that a reduction of the defendant's total sentence on all counts of conviction from 499 to 279 months would be appropriate. The Court agrees for the reasons set forth in the motion.

Accordingly, the Court **GRANTS** the motion (Doc. 339) and reduces the defendant's total sentence of imprisonment from 499 months to **279 months**. The Court attaches its standard order (AO Form 247) reflecting the sentence reduction.

**IT IS SO ORDERED.**
**DATED: February 6, 2024**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **U.S. DISTRICT JUDGE**